

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jane Ann Walker Alvizo, Appellant

No. 06-20-00080-CV          v.

Andy Walker, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CV-2020-7713).  Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Andy Walker, pay all costs of this appeal.

RENDERED MAY 3, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk